**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**VANESSA HURLEY,**

:

**Plaintiff,**

**v.**

**CITY OF CHILLICOTHE, *et al.*,**

:

**Defendants.**

**Case No. 2:26-cv-695**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on August 17, 2026. (ECF No. 6.) Therein, the Magistrate Judge recommended that the Court deny Vanessa Hurley's request to proceed *in forma pauperis.* (*Id.*)

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. (R&R, PAGEID # 28.) The time for filing objections has passed, and no objections have been filed.

Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 6). Ms. Hurley's Motion for Leave to Proceed *in forma pauperis* is **DENIED**. Ms. Hurley is hereby **ORDERED** to pay the filing fee within 14 days from the date of this Order. Failure to pay the filing fee by this deadline will result in dismissal of this case for failure to prosecute.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**